UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA TATEM,<br><br>*Plaintiff*,<br><br>*v.*<br><br>NORWALK ACQUISITION I, LLC, *et al*,<br><br>*Defendant*. | Civil No. 3:18-cv-668 (JBA)<br><br>June 19, 2018 |

**RULING ON MOTION TO REMAND [Doc. # 18]**

Plaintiff filed this action in Superior Court for the Judicial District of Fairfield at Bridgeport on March 23, 2018, with seventeen state-law claims and one federal claim—violation of the Rehabilitation Act, 28 U.S.C. § 701. Defendant removed the case to this Court on April 19, 2018. On May 17, 2018, Plaintiff moved to amend her Complaint to withdraw Count Two, her sole federal claim, which alleged a violation of the Rehabilitation Act, and simultaneously moved to remand this case to Superior Court.

The time for Defendant to oppose this Motion to Remand has lapsed with no opposition having been filed. Because there is no federal claim remaining in this case, no discovery has been conducted, Defendant has yet to answer the Amended Complaint[1], and seventeen state-law claims remain in this case, there is no remaining federal jurisdiction under 28 U.S.C. § 1331, and the

---

[1] On May 23, 2018, the Court granted the Motion to Amend, on consent. On May 30, 2018, Defendant moved, on consent, for a 30-day extension of time to answer the Amended Complaint, "to allow for adjudication of the pending Motion to Remand." This motion was granted, moving Defendant's date for responding to the Amended Complaint to July 6, 2018.

Motion to Remand is GRANTED. "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447; see also 28 U.S.C. § 1367 (The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . .").

The Clerk is directed to remand this case to the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of June 2018.